IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 5:24-CR- 0073 (DNH) |
| **v.** | **Indictment** |
| **DUSTIN SMITH,** | Violations: 18 U.S.C. § 2252A(a)(2)(A) [Distribution of Child Pornography] |
| **Defendant.** | 18 U.S.C. § 2252A(a)(2)(A) [Receipt of Child Pornography] |
| | 18 U.S.C. §§ 2252A(a)(5)(B) [Possession of Child Pornography] |
| | 4 Counts & Forfeiture Allegation |
| | County of Offense: Oneida |

**THE GRAND JURY CHARGES:**

**[COUNT 1]**
**[Distribution of Child Pornography]**

On or about April 16, 2022, in Oneida County in the Northern District of New York, the defendant, **DUSTIN SMITH**, did knowingly distribute child pornography using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant, using the internet and a social media messaging application, distributed graphic image files depicting one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**COUNT 2**
**[Receipt of Child Pornography]**

On or about April 16, 2022, in Oneida County in the Northern District of New York, the defendant, **DUSTIN SMITH**, did knowingly receive child pornography using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant, using the internet and a social media messaging application, received graphic image files depicting one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**COUNT 3**
**[Receipt of Child Pornography]**

On or about April 20, 2022, in Oneida County in the Northern District of New York, the defendant, **DUSTIN SMITH**, did knowingly receive child pornography using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant, using the internet and a social media messaging application, received graphic image files depicting one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

**COUNT 4**
**[Possession of Child Pornography]**

On or about May 9, 2022, in Oneida County in the Northern District of New York, the defendant, **DUSTIN SMITH**, did knowingly possess material that contained one or more images of child pornography that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting such commerce by any means, including by computer, and that were produced using materials that had been shipped and transported in and affecting such

commerce by any means, including by computer, that is an LG K51 smart phone, Serial Number 105WIMZ5772291, manufactured in China, which contained numerous graphic image and video files of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## PRIOR CONVICTION ALLEGATION

The defendant, **DUSTIN SMITH**, has the following prior final conviction under the laws of the State of New York related to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor:

On or about April 9, 2013, the defendant was convicted in Oneida County Court of Sexual Abuse in First Degree, in violation of New York Penal Law Section 130.65(3), which makes it unlawful to subject another person to sexual contact when the other person is less than eleven years old. As a result of that conviction, the defendant was sentenced to five years of imprisonment and ten years of post-release supervision.

This prior conviction affects the penalty provisions associated with Counts 1 - 4, pursuant to Title 18, United States Code, Section 2252A(b)(1) and (b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 – 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253(a)(3).

Pursuant to Title 18, United States Code, Section 2253(a)(3), upon conviction of the charges alleged in Counts 1 – 4, the defendant, **DUSTIN SMITH**, shall forfeit to the United States

of America any property, real or personal, used and intended to be used to commit and to promote the commission of such offenses, and any property traceable to such property. The property to be forfeited includes, but is not limited to:

(1) one (1) LG K51 smart phone, Serial Number 105WIMZ5772291, manufactured in China.

Dated: February 7, 2024

A TRUE BILL,

[redacted]

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: 
Jessica N. Carbone
Assistant United States Attorney
Bar Roll No. 703490