IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re . . .**<br>**INDICTMENT** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 5:24-CR-73 (DNH)<br><br>**Government's Unsealing Application** |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], hereby applies to the Court to unseal the following document: Indictment filed on 2/7/24 in 5:24-CR-73 (DNH). The reasons provided for the sealing of such document are no longer applicable.

Dated: February 9, 2024

CARLA B. FREEDMAN
United States Attorney

By: */s /Jessica N. Carbone*
Jessica N. Carbone
Assistant United States Attorney
Bar Roll No. 703490

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re . . .**<br>**INDICTMENT** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 5:24-CR-73 (DNH)<br><br>**Unsealing Order** |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], has applied to the Court to unseal the following document: Indictment filed on 2/7/24 in 5:24-CR-73 (DNH). The reasons provided for the sealing of such document are no longer applicable.

Accordingly, it is hereby ordered that the following document: Indictment filed on 2/7/24 in 5:24-CR-73 (DNH) is unsealed.

IT IS SO ORDERED.

Dated and entered this 9th day of February, 2024.

Miroslav Lovric

Hon. Miroslav Lovric
United States Magistrate Judge